**Order entered October 25, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01249-CV

**IN RE GEICO ADVANTAGE INSURANCE COMPANY AND CELIA STEFL, Relators**

**Original Proceeding from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 2-DC-16-06754**

## ORDER

Before the Court is relators' October 24, 2016 petition for writ of mandamus. The Court requests that the Real Party in Interest and Respondent file their responses to the petition, if any, on or before November 8, 2016.

/s/     MOLLY FRANCIS
JUSTICE